UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE: FLORENCE C. DEANHOFER

CHAPTER 13
CASE NO. 09-45236
JUDGE SHEFFERLY

Debtor(s).
_____/

## STIPULATION EXCUSING ENTRY OF THIRD PARTY PAYMENT ORDER FOR A PORTION OF THE PLAN PAYMENT AND ORDER TO DEBTOR TO REMIT PAYMENTS TO CHAPTER 13 TRUSTEE BY ELECTRONIC TRANSFER OF FUNDS TO SUPPLEMENT THE THIRD PARTY PAYMENT ORDER

The above named Debtor(s) having filed a petition for relief under Chapter 13 of the Bankruptcy Code, and having sought to excuse entry of a third-party payment order as required by E.D. Mich. LBR 1007-1(c)(1)(A) and requesting to remit payments to the Chapter 13 Trustee by electronic transfer of funds pursuant to E.D. Mich. LBR 1007-1(c)(1)(B) from the debtor's (s') bank account for the following reasons: third party payment order is in place for portion of plan payment obligation earnings will cover. ACH Payment Order is needed for remainder of monthly plan payment as Debtor's other sources of income are Social Security, contribution from daughter and cash income. Income from these sources cannot effectively be made subject to assignment

and further seeking entry of this Order without notice inasmuch as the third-party payment order may be entered without notice, and the consent of the Trustee having been obtained, and the Court being otherwise sufficiently advised in the premises;

IT IS FURTHER STIPULATED that within 10 days of the entry of this Order, the Debtor(s) shall complete the approved **Authorization Agreement for Preauthorized Payments (ACH)**\*\* authorizing the Chapter 13 Trustee, David Wm. Ruskin, or his/her successor, to initiate debit and/or credit entries to the bank account listed in the agreement in the amount of $900 per month to supplement the Third Party Payment Order in the amount of $461.54 bi-weekly, until further order of the Court;

IT IS FURTHER STIPULATED that these payments shall commence as of March 27, 2009, as required by 11 USC § 1326(a)(1). Any attempt to terminate the ACH or challenge a withdrawal made pursuant to the ACH shall be made only after obtaining permission of the Bankruptcy Court. Failure to seek prior authorization to terminate the agreement or challenge a withdrawal under the agreement may constitute cause for dismissal pursuant to 11 USC §1307 and may result in further sanctions, as determined by the court.

Stipulated and approved for entry:

_[signature]_
Chapter 13 Trustee

Stipulated and approved for entry:

_[signature]_
Attorney for Debtor(s)

_____
Debtor

_____
Debtor

\*\*Approved form Authorization Agreement for Preauthorized Payments (ACH) is required and is available from the website of the assigned Chapter 13 Trustee.